OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

10/30/2014



02 1R
0002003152

UNITED STATES POSTAGE
PITNEY BOWES

$ 00.26⁵

OCT 31 2014

MAILED FROM ZIP CODE 79508

WILKINS, BILLY CHARLES          Tr. Ct. No:          WR-39,583-36

I have this day received and presented to the Court the original application for writ of habeas corpus.

Abel Acosta, Clerk

PLEASE FORWARD
RESIDENT NO LONGER
AT THIS FACILITY

BILLY CHARLES WILKINS
MTC - WEST TEXAS ISF - TDC # 757085
P.O. BOX 1359
BROWNFIELD, TX 79316                    REF

JAWBS3B  79316